RICHARD M. HEIMANN
(State Bar No. 063607)
rheimann@lchb.com
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

ANDREW J. ENTWISTLE
aentwistle@entwistle-law.com
ENTWISTLE & CAPPUCCI LLP
401 Congress Avenue, Suite 1170
Austin, TX 78701
Telephone: (512) 710-5960
Facsimile: (212) 894-7272

(*Additional counsel appears on signature page*)

*Attorneys for Plaintiffs Albert Holzmacher, Michael Wood, Tate Wood and Joseph Roe*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS MALO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>NIKOLA CORPORATION DBA NIKOLA MOTOR COMPANY; TREVOR MILTON AND DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:20-cv-02168-JWH-KK<br><br>CLASS ACTION<br><br>**NOTICE OF WITHDRAWAL OF THE NIKOLA GROUP'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**<br><br>Date: December 18, 2020<br>Time: 9:00 a.m.<br>Judge: Hon. John W. Holcomb<br>Ctrm: 2 |

On November 16, 2020 Albert Holzmacher, Michael Wood, Tate Wood and Joseph Roe (collectively, the "Nikola Investor Group") timely filed a motion for appointment as lead plaintiff and approval of selection of lead counsel pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA").

The Nikola Investor Group hereby withdraws its Motion for appointment as lead plaintiff and approval of selection of lead counsel. The PSLRA provides a presumption that the "most adequate plaintiff" to represent the interests of class members is the person or group that, among other things, has "the largest financial interest in the relief sought by the class" and that "otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure." 15 U.S.C. §78u-4(a)(3)(B)(iii)(I). Having reviewed the competing motions and supporting papers provided by the other movants seeking appointment as lead plaintiff, it appears that T3 Trading Group, LLC has the "largest financial interest in the relief sought by the class" and otherwise satisfies the requirements of the PSLRA and Rule 23.

This withdrawal shall have no impact on the members of the Nikola Investor Group's membership in the proposed class, rights to share in any recovery obtained for the benefit of class members and ability to serve as representative parties should the need arise.

Dated: November 25, 2020      Respectfully submitted,

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP


By: /s/ Richard M. Heimann
　　　Richard M. Heimann

RICHARD M. HEIMANN  (State Bar No. 063607)
rheimann@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339

NOT. OF WITHDRAWAL OF MTN. FOR APPT. AS LEAD PLTF. AND APPROV. OF SEL. OF LEAD COUNSEL

Telephone: (415) 956-1000
Facsimile: (415) 956-1008

-and-

STEVEN E. FINEMAN
sfineman@lchb.com
NICHOLAS DIAMAND
ndiamand@lchb.com
SHARON LEE
slee@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

ANDREW J. ENTWISTLE
aentwistle@entwistle-law.com
ENTWISTLE & CAPPUCCI LLP
401 Congress Avenue, Suite 1170
Austin, TX 78701
Telephone: (512) 710-5960

-and-

ROBERT N. CAPPUCCI
rcappucci@entwistle-law.com
JOSHUA K. PORTER
jporter@entwistle-law.com
ANDREW M SHER
asher@entwistle-law.com
299 Park Avenue, 20th Floor
New York, NY 10171
Telephone: (212) 894-7200

*Attorneys for Plaintiffs Albert Holzmacher, Michael Wood, Tate Wood and Joseph Roe*

| | |
|---|---|
| RICHARD M. HEIMANN (State Bar No. 063607) rheimann@lchb.com LIEFF CABRASER HEIMANN & BERNSTEIN, LLP 275 Battery Street, 29th Floor San Francisco, CA 94111-3339 Telephone: (415) 956-1000 Facsimile: (415) 956-1008 | ANDREW J. ENTWISTLE aentwistle@entwistle-law.com ENTWISTLE & CAPPUCCI LLP 401 Congress Avenue, Suite 1170 Austin, TX 78701 Telephone: (512) 710-5960 Facsimile: (212) 894-7272 |

(*Additional counsel appear on signature page*)

*Attorneys for Plaintiffs Albert Holzmacher, Michael Wood, Tate Wood and Joseph Roe*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOUGLAS MALO, on behalf of themselves and all others similarly situated,<br><br>                Plaintiff,<br>   v.<br><br>NIKOLA CORPORATION DBA NIKOLA MOTOR COMPANY; TREVOR MILTON AND DOES 1-10, inclusive,<br><br>                Defendants. | Case No. 5:20-cv-02168-JWH-KK<br><br>**CLASS ACTION**<br><br>**CERTIFICATE OF SERVICE** |

2093212.1

I am employed in the County of San Francisco, State of California. I am over the age of eighteen (18) years and not a party to the within action; my principal business address is 275 Battery Street, 29th Floor, San Francisco, California 94111-3339.

On November 25, 2020, I caused to be served via electronic transmission through the website for the U.S. District Court, Central District of California, a copy of the below-referenced document(s) upon parties registered in the action for e-service:

**NOTICE OF WITHDRAWAL OF THE NIKOLA GROUP'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record who are registered users of CM/ECF.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Diablo, California, November 25, 2020.

By: /s/ Richard M. Heimann
Richard M. Heimann

RICHARD M. HEIMANN (State Bar No. 063607)
rheimann@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

2

2093212.1

| | |
|---|---|
| 1 | STEVEN E. FINEMAN |
| 2 | sfineman@lchb.com |
|  | NICHOLAS DIAMAND |
| 3 | ndiamand@lchb.com |
| 4 | SHARON LEE |
|  | slee@lchb.com |
| 5 | LIEFF CABRASER HEIMANN & |
| 6 | BERNSTEIN, LLP |
|  | 250 Hudson Street, 8th Floor |
| 7 | New York, NY 10013 |
| 8 | Telephone: (212) 355-9500 |
|  | Facsimile: (212) 355-9592 |
| 9 |  |
| 10 | ANDREW J. ENTWISTLE |
| 11 | aentwistle@entwistle-law.com |
|  | ENTWISTLE & CAPPUCCI LLP |
| 12 | 401 Congress Avenue, Suite 1170 |
| 13 | Austin, TX  78701 |
|  | Telephone: (512) 710-5960 |
| 14 |  |
| 15 | ROBERT N. CAPPUCCI |
| 16 | rcappucci@entwistle-law.com |
|  | JOSHUA K. PORTER |
| 17 | jporter@entwistle-law.com |
| 18 | ANDREW M SHER |
|  | asher@entwistle-law.com |
| 19 | ENTWISTLE & CAPPUCCI LLP |
| 20 | 299 Park Avenue, 20th Floor |
|  | New York, NY  10171 |
| 21 | Telephone: (212) 894-7200 |
| 22 | *Attorneys for Plaintiffs Albert Holzmacher, Michael Wood, Tate Wood and Joseph Roe* |
| 23 |  |
| 24 |  |
| 25 |  |
| 26 |  |
| 27 |  |
| 28 |  |

2093212.1

3